No. 02–6976. COHEN v. SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 02–6978. REYNOLDS v. WACKENHUT CORRECTION CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–6984. HAWKINS v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 02–6988. DOPP v. LABETTE COUNTY, KANSAS, ET AL. Ct. App. Kan. Certiorari denied.

No. 02–6989. PALMER v. U S WEST COMMUNICATIONS, INC., ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–6990. KOONTZ v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 02–6993. DRAGO v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 02–6997. RUELAS v. HALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–7000. BROWN v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–7010. HUDSON v. LOUISIANA DIVISION OF PROBATION AND PAROLE ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–7015. DEMPERE v. CITY OF TUKWILA, WASHINGTON, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–7017. WILEY v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 02–7022. GANDARELA v. JOHNSON, SUPERINTENDENT, SNAKE RIVER CORRECTIONAL FACILITY. C. A. 9th Cir. Certiorari denied.